# McCulloch | Kleinman

May 31, 2024

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

      Re:  *Spinelli, et al. v. Boucher., et al.*, Case No. 1:24-cv-2562 (RA)

Judge Abrams,

This firm represents Plaintiffs Scott Boehm, Paul Spinelli, and David Stluka (together "Plaintiffs") in the above-referenced matter. I write to request an adjournment of the Initial Status Conference scheduled for June 7, 2024. Since filing the initial complaint, Plaintiffs have been able to ascertain the identities of the various "John Doe" defendants and intend to amend the complaint to add the newly discovered party names. Plaintiffs also have resolved their claims against one defendant (John Doe d/b/a PlaqueLady) and intend to file a notice of dismissal with respect to that party.

Plaintiffs thus request that the Initial Status Conference be adjourned *sine die* and that the Court grant leave for Plaintiffs to file an amended complaint within fourteen (14) days, or by June 14, 2024.

Plaintiffs' motion for leave to file an amended complaint is hereby granted. The initial status conference scheduled for June 7, 2024 is hereby adjourned to July 19, 2024 at 11:00 a.m. SO ORDERED.

Respectfully submitted,

Kevin McCulloch, Esq.
McCulloch Kleinman Law
kevin@mkiplaw.com

Hon. Ronnie Abrams
U.S. District Judge
June 4, 2024