UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SPINELLI *et al*,

                Plaintiffs,

        v.

BOUCHER *et al*,

                Defendants.

No. 24-cv-2562 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiffs filed their complaint on April 4, 2024 and amended it on June 10, 2024, adding additional defendants. They requested the issuance of summonses on June 10, 2024. According to Plaintiffs, they "have sent requests for waiver of service to each of the [D]efendants, [but] none ha[s] agreed to waive service." Dkt. 31. "[T]hus Plaintiffs are in the process of engaging a process server to formally serve the pleadings." *Id*.

Plaintiffs accordingly seek to adjourn the initial pretrial conference, currently scheduled for Friday, July 19, 2024 at 11:00 a.m. The conference is hereby adjourned to August 16, 2024 at 1:00 p.m.

The Court notes, however, that, under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). In addition, "[t]he filing of an amended complaint does not restart the 90 day period for service under Rule 4(m) with respect to defendants named in the original complaint." *Hernandez v. Lira of New York Inc.*, No. 20-CV-4457, 2022 WL 280887, at \*2 (S.D.N.Y. Jan. 31, 2022). Moreover, according to the Advisory Committee Notes to Rule 4(d)(4), "[t]he procedure of requesting waiver of service should also not be used if the time for service under subdivision (m) will expire before the date on which the waiver must be returned."

Accordingly, one week before the rescheduled pre-trial conference, Plaintiffs shall submit a letter indicating why the Court should not dismiss the action without prejudice consistent with Rule 4(m).

SO ORDERED.

Dated:    July 17, 2024
         New York, New York

                             Hon. Ronnie Abrams
                             United States District Judge