# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



Spinelli, et al.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:24 CV 02562 (RA)( )

-against-

Boucher, et al.
Brian Clark

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on Aug 17, 2024 but did not file a notice of appeal within the required time period because:

Need more time to reslove with other party lawyers. Served on July 31st, Date for court was Aug 20th or Aug 21st

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: Aug 17 - 2024

Signature: Brian Clark

Name (Last, First, MI): William Brian Clark

Address: 132 Powder Springs Loop, Myrtle Beach, SC 29588

---

The Court construes Defendant Clark's request as a request to extend the deadline for serving a responsive pleading. He is hereby granted a 30-day extension to do so. Accordingly, the deadline is extended to September 30, 2024. In addition, Defendant Clark is directed to the Court's August 12, 2024 order adjourning the initial pretrial conference in this matter to September 20, 2024 at 1:00 p.m. Defendant Clark is further advised that, to the extent he wishes to consult with the New York Legal Assistance Group's clinic for pro se litigants, he may do so by visiting its website at nylag.org/pro-se-clinic or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

Hon. Ronnie Abrams
August 28, 2024