UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL SPINELLI et al.,

                Plaintiffs,

v.

BRIAN ALBERT BOUCHER et al.,

                Defendants.

24-CV-2562 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      As this case has been referred to Magistrate Judge Tarnofsky for general pretrial management, the conference currently scheduled for September 20, 2024 is hereby adjourned. Plaintiff is hereby directed to notify Defendants. In addition, the Clerk of Court is respectfully directed to mail a copy of this order to Frank Bifulco.

SO ORDERED

Dated:    September 16, 2024
            New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge