UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL SPINELLI *et al.*,

                Plaintiffs,

v.

BRIAN BOUCHER *et al.*,

                Defendants.

No. 24-cv-2562 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that Plaintiffs have settled in principle their claims against Defendant Spencer Eggers. Accordingly, it is hereby ORDERED that the briefing schedule on Eggers's motion to change venue and dismiss (Doc. No. 55) is stayed for 30 days in order to allow Plaintiffs and Eggers to memorialize and execute their agreement and file a stipulation of dismissal with respect to Eggers. Plaintiffs' opposition to Defendant Gregory Kempton's motion to dismiss (Doc. No. 58) remains due by October 22, 2024.

SO ORDERED.

Dated:    October 18, 2024
               New York, New York

_____
Ronnie Abrams
United States District Judge