UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SPINELLI et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>BRIAN ALBERT BOUCHER et al.,<br><br>    Defendants. | 24-CV-2562 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Plaintiffs timely served Defendant Brian Clark ("Clark") with the summons and Amended Complaint in this matter on July 31, 2024. (*See* ECF 37.) Clark was therefore required to respond to the Complaint by August 21, 2024. (*See id.*) On August 28, 2024, Judge Abrams extended Clark's time to file a responsive pleading until September 30, 2024. (*See* ECF 48.) To date, Clark has not filed a response to the Amended Complaint. I am sua sponte extending the deadline nunc pro tunc for Clark to respond to the Amended Complaint until **November 22, 2024.**

  Clark is warned that failure to file a response to the Amended Complaint in compliance with this Order may result in an order instructing Plaintiffs to seek a default judgment against Clark for failure to defend this action.

DATED: November 12, 2024
     New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge