UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SPINELLI et al.,<br><br>               Plaintiffs,<br><br>    -against-<br><br>BRIAN ALBERT BOUCHER et al.,<br><br>               Defendants. | 24-CV-2562 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs timely served Defendant Scott Samach d/b/a Europetraveller ("Samach") with the summons and Complaint in this matter on August 2, 2024. (*See* ECF 35.) Samach was therefore required to respond to the Complaint by August 23, 2024. (*See* ECF 35.) No counsel has appeared and no response to the Amended Complaint has been filed on behalf of Samach.

It is ORDERED that Plaintiffs shall, by no later than **November 22, 2024**, begin the process of seeking a default judgment against Samach, in accordance with Rule 55 of the Federal Rules of Civil Procedure and Judge Abrams' Individual Rules.

By **November 15, 2024,** Plaintiffs are directed to serve a copy of this Order by registered mail to Samach at 7008 St. Charles Square, Roswell, GA 30075 (*see* ECF 16), and any email addresses known to Plaintiffs. Plaintiffs are directed to file proof of service on the docket by **November 15, 2024**.

DATED:  November 12, 2024
        New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge