UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SPINELLI et al.,<br><br>                  Plaintiffs,<br><br>-against-<br><br>BRIAN ALBERT BOUCHER et al.,<br><br>                  Defendants. | 24-CV-2562 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs timely served Defendant Brian Clark ("Clark") with the summons and Amended Complaint in this matter on July 31, 2024. (*See* ECF 37.) I issued an Order sua sponte extending the deadline nunc pro tunc for Clark to respond to the Amended Complaint by November 22, 2024**.** (ECF 70.) To date, Clark has not filed a response to the Amended Complaint.

I am sua sponte extending the deadline nunc pro tunc for Clark to respond to the Amended Complaint by December 13, 2024**.** Clark is warned that failure to file a response to the Amended Complaint in compliance with this Order may result in an order instructing Plaintiffs to seek a default judgment against Clark for failure to defend this action.

DATED:  December 2, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge