UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SPINELLI et al.,<br><br>                  Plaintiffs,<br><br>-against-<br><br>BRIAN ALBERT BOUCHER et al.,<br><br>                  Defendants. | 24-CV-2562 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs timely served Defendant Brian Albert Boucher ("Boucher") with the summons and Complaint in this matter on August 2, 2024. (*See* ECF 34.) Boucher was therefore required to respond to the Complaint by August 14, 2024. (*See id.*) No counsel has appeared and no response to the Amended Complaint has been filed on behalf of Boucher.

It is ORDERED that Plaintiffs shall, by no later than **December 13, 2024**, begin the process of seeking a default judgment against Boucher, in accordance with Rule 55 of the Federal Rules of Civil Procedure and Judge Abrams' Individual Rules.

By **December 6, 2024,** Plaintiffs are directed to serve a copy of this Order by registered mail to Boucher at 13269 Irving St, Alden, NY 14004 (*see* ECF 34), and any email addresses of Boucher known to Plaintiffs. Plaintiffs are directed to file proof of service on the docket by **December 6, 2024**.

DATED: December 3, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge