UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SPINELLI et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BRIAN ALBERT BOUCHER et al., <br><br> Defendants. | 24-CV-2562 (RA) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 12, 2024 I issued an Order nunc pro tunc extending the time for Plaintiffs to serve Defendant Alan Rosenthal ("Rosenthal"). (*See* ECF 69.) On November 21, 2024 Plaintiffs requested an amended summons and an extension of their time to serve Rosenthal to a date no later than ten days from this issuance of the new summons, *see* ECF 77, which I granted, *see* ECF 79. The Clerk of Court issued an amended summons as to Rosenthal on November 22, 2024. (ECF 84.)

Accordingly, by **December 27, 2024** Plaintiffs are directed to file either a certificate of service or a letter regarding the status of their attempts to serve Rosenthal.

DATED:  December 23, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge