UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SPINELLI, et al.,

          Plaintiffs,

-against-

BRIAN ALBERT BOUCHER, et al.,

          Defendants.

24-CV-2562 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 2, 2024, Plaintiffs served a summons and the Amended Complaint in this action on Defendant Scott Samach d/b/a Europetraveller ("Samach"). (*See* ECF 35.) Defendant Samach was therefore required to respond to the Amended Complaint by August 23, 2024. (*See id.*) To date, no counsel has appeared and no response to the Amended Complaint has been filed on behalf of Samach. On November 12, 2024, I ordered Plaintiffs to begin the process of seeking a default judgment against Defendant Samach. (*See* ECF 71, Order.) On November 25, 2024, Plaintiffs obtained a Clerk's Certificate of Default as to Defendant Samach. (*See* ECF 85.)

On July 24, 2024, Plaintiffs served a summons and the Amended Complaint in this action on Defendant Brian Albert Boucher d/b/a Fotovinting ("Boucher"). (*See* ECF 34.) Defendant Boucher was therefore required to respond to the Amended Complaint by August 14, 2024. (*See id.*) To date, no counsel has appeared and no response to the Amended Complaint has been filed on behalf of Boucher. On December 3, 2024, I ordered Plaintiffs to begin the process of seeking a default judgment against Defendant Boucher. (*See* ECF 87, Order.) On March 11, 2025, Plaintiffs obtained a Clerk's Certificate of Default as to Defendant Boucher. (*See* ECF 109.)

Accordingly, Plaintiffs are directed to seek default judgment against Defendants Samach and Boucher for failing to defend this action by **April 18, 2025**. Plaintiffs shall follow the procedure for seeking a default judgment outlined in Rule 4.F and Attachment A of Judge Ronnie Abrams's Individual Rules & Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

DATED:    March 28, 2025
          New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge