UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT BOEHM, PAUL SPINELLI and
DAVID STUKLA,

                              Plaintiffs,

                v.

BRIAN ALBERT BOUCHER, JOHN DOES
1–11, KEVIN MCCLEAN, GARY BONDS,
SPENCER EGGERS, SCOTT SAMACH,
BRIAN CLARK, ALAN ROSENTHAL,
GREGORY L. KEMPTON, CHARLES
LOWELL COLLINS and FRANK
BIFULCO,

                              Defendants.

No. 24-cv-2562 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 24, 2024, Defendant Gregory Kempton filed a motion to dismiss in this matter. Doc. No. 58. The parties then notified the Court on November 5, 2024 that they had reached a settlement with respect to the claims against Kempton and stated that they would file a stipulation of dismissal of those claims within thirty days. Doc. No. 67. The parties have yet to file that stipulation. No later than May 15, 2025, the parties shall file a stipulation of dismissal with respect to Kempton or otherwise update the Court on the status of the claims against him.

SO ORDERED.

Dated:      May 1, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge