UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT BOEHM, PAUL SPINELLI and DAVID STUKLA,

          Plaintiffs,

v.

BRIAN ALBERT BOUCHER, JOHN DOES 1–11, KEVIN MCCLEAN, GARY BONDS, SPENCER EGGERS, SCOTT SAMACH, BRIAN CLARK, ALAN ROSENTHAL, GREGORY L. KEMPTON, CHARLES LOWELL COLLINS and FRANK BIFULCO,

          Defendants.

No. 24-cv-2562 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 29, 2025, the Court ordered Defendants Brian Albert Boucher and Scott Samach to show cause on August 8, 2025 why default judgment should not be entered in favor of Plaintiffs. Dkt. No. 129. In order to enter default judgment, however, the Court must first confirm that it has personal jurisdiction over Defendants. *See Sinoying Logistics Pte Ltd. v. Yi Da Xin Trading Corp.*, 619 F.3d 207, 213 (2d Cir. 2020). No later than August 6, 2025, Plaintiffs shall file a letter explaining why the Court has personal jurisdiction over Scott Samach. *See* Compl. ¶ 17 (alleging that Samach resides in Georgia); *see also id.* Ex. 5 (alleging that Samach offered infringing pictures on his eBay store without alleging any connection to New York).

SO ORDERED.

Dated:    August 4, 2025
            New York, New York

                                                         Ronnie Abrams
                                                         United States District Judge