UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT BOEHM, PAUL SPINELLI and DAVID STUKLA,

                  Plaintiffs,

              v.

BRIAN ALBERT BOUCHER, KEVIN MCCLEAN, GARY BONDS, SPENCER EGGERS, SCOTT SAMACH, BRIAN CLARK, ALAN ROSENTHAL, GREGORY KEMPTON, CHARLES LOWELL COLLINS and FRANK BIFULCO,

                  Defendants.

No. 24-cv-2562 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 8, 2025, the Court granted Plaintiffs' motion for default judgment against Defendant Brian Boucher. The Court denied Plaintiffs' motion for default judgement against Defendant Scott Samach without prejudice, however, because Plaintiffs had not shown that the Court has personal jurisdiction over him. As discussed during the hearing, Plaintiffs shall advise the Court no later than September 12, 2025, how they wish to proceed on their claims against Samach.

SO ORDERED.

Dated:    August 12, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge