**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

PAUL SPINELLI, SCOTT BOEHM, and DAVID STLUKA,

Plaintiffs,

-against-

24 **CIVIL** 2562 (RA)

# JUDGMENT

BRIAN ALBERT BOUCHER d/b/a FOTOVINTING,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2026, as no objections to the Report were timely filed despite the Report's clear warning as to the consequences of failing to do so, see Report at 28-the Court has reviewed Judge Tarnofsky's Report for clear error. After careful review of the record, the Court finds no error and thus adopts the well-reasoned Report in its entirety. For the reasons stated in the Report, the Court finds that Plaintiffs are entitled to an award of $62,322.50, consisting of (1) $45,0000 in statutory damages under the Copyright Act, with $5,000 for Boehm, $5,000 for Stluka, and $35,000 for Spinelli; and (2) reasonable attorneys' fees and costs in the amount of $17,322.50, with $16,917.50 in fees and $405.00 in costs; accordingly, the case is closed.

**Dated:** New York, New York

July 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**